IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| R. A. Allen Company, Inc., <br> a Massachusetts Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Yakima Products, Inc. <br> a California Corporation, <br><br> Defendant. | Civil Action No. 00-12073 MEL |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff, R. A. Allen Company, Inc. responds to defendant's Counterclaim as follows:

1. No response is required to Paragraph 29 of defendant's Counterclaim.

2. Plaintiff admits the allegations contained in Paragraph 30 of defendant's Counterclaim.

3. Plaintiff admits the allegations contained in Paragraph 31 of defendant's Counterclaim.

4. Plaintiff admits the allegations contained in Paragraph 32 of defendant's Counterclaim.

5. Plaintiff admits the allegations contained in Paragraph 33 of defendant's Counterclaim.

6. In response to Paragraph 34 of defendant's Counterclaim, plaintiff admits that it filed a complaint claiming that Yakima Products, Inc. (Yakima) sells products that infringe Claims 18 and 19 of U.S. Patent No. 4,709,840 ('840 patent). Plaintiff denies that it filed a complaint claiming that Yakima sells products that infringe any other claim of the '840 patent.

7. Plaintiff denies the allegations contained in Paragraph 35 of defendant's Counterclaim.

8. In response to Paragraph 36 of defendant's Counterclaim, plaintiff admits that there is an actual and continuing controversy between Yakima and R. A. Allen, Inc. (Allen) as to infringement, validity and enforceability of Claims 18 and 19 of the '840 patent. Plaintiff denies that there is an actual and continuing controversy between Yakima and Allen as to infringement, validity and enforceability of the remaining claims of the '840 patent.

1

9. Plaintiff denies the allegations contained in Paragraph 37 of defendant's Counterclaim.

10. No response is required to Paragraph 38 of defendant's Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff says that defendant's Counterclaim fails to state a claim upon which relief can be granted.

WHEREFORE, plaintiff moves pursuant to Fed. R. Civ. P. 12(b)(6) that this Court order that the defendant's Counterclaim be dismissed with prejudice and further that this Court order defendant to pay plaintiff's costs and reasonable attorneys' fees.

### JURY DEMAND

Plaintiff, R. A. Allen Company, Inc., demands a trial by jury on all issues so triable.

Date: January 16, 2001

Herbert L. Bello  (BBO# 036620)
Scott P. Murphy  (BBO# 555212)
One Hollis Street
Wellesley, Massachusetts  02482
Telephone: (781) 235-4457
Facsimile: (781) 235-6448
Attorneys for Plaintiff

37984.AnswerCounterclaim.wpd

### CERTIFICATE OF SERVICE

I, Herbert L. Bello, Attorney for Plaintiff, R. A. Allen Company, Inc., hereby certify that on January 16th, 2001, I served a true copy of the foregoing Plaintiff's Answer to Defendant's Counterclaims by mailing a copy, postage prepaid, first-class mail, to Peter E. Heuser, Kolisch, Hartwell, Dickinson, McCormack & Heuser, 520 SW Yamhill Street, Suite 200, Portland, Oregon 97204, attorney for defendant Yakima Products, Inc.

Herbert L. Bello, Attorney for Plaintiff